Case 1:10-cr-00086-CCC  Document 55  Filed 10/14/15  Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Pennsylvania__

FILED
HARRISBURG, PA
OCT 14 2015
MARIA E. ELKINS, CLERK
Per _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:CR-10-086 |
| Jesse Crosby | ) | |
| | ) | USM No: 68393-067 |
| Date of Original Judgment: 12/16/2010 | ) | |
| Date of Previous Amended Judgment: ___ | ) | Pro Se |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/14/15

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
Printed name and title